Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 12, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 12, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00009-CV

____________

 

IN RE KPMG LLP, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 7, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In its petition, relator
asked that this court direct the Honorable Grant Dorfman,
presiding judge of the 129th District Court, to vacate its order denying
consolidation of two related suits, consolidate the cases, and decide before
trial whether class certification is appropriate.  

Relator has not established that it is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 12, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Seymore.